**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00891-CV

**FIRST BANK & TRUST COMPANY, ET AL., Appellants**

**V.**

**CENTURA LAND CORPORATION F/K/A IORI CENTURA, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## ORDER

Asserting, in part, that the parties have scheduled mediation for April 29, 2015, appellants have filed an unopposed motion to extend the time to file their reply brief. We **GRANT** the March 24, 2015 motion and **ORDER** appellants to file either their reply brief or a motion to dismiss the appeal no later than May 28, 2015.


/s/    CRAIG STODDART
       JUSTICE